UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL         JS-6

| | |
|---|---|
| Case No. | **CV 12-10865-DMG (JEMx)** |
| Date | June 12, 2013 |

| Title | Five Star Day LLC  v.  Breaking Glass Pictures LLC, et al. |
|---|---|

Present: The Honorable   DOLLY M. GEE., UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES**

In light of the mediation report, filed June 11, 2013, indicating that the case has settled in its entirety, this action is placed in inactive status.

By August 7, 2013 the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) motion to reopen if settlement has not been consummated.  Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of August 8, 2013.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  Defendants Motion to Dismiss Plaintiff's First Claim for Relief for Fraud Pursuant to Fed. R. Civ. P. 12 (B)(6) [13] is hereby DENIED as moot.

IT IS SO ORDERED.