Leonard B. Rose (pro hac vice)
lrose@lathropgage.com
Greer S. Lang (pro hac vice)
glang@lathropgage.com
Brianna Dahlberg (SBN 280711)
bdahlberg@lathropgage.com
LATHROP & GAGE LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108
Telephone: (816) 292-2000
Fax: (816) 292-2001

Attorneys for Plaintiff
FIVE STAR DAY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIVE STAR DAY, LLC<br><br>      Plaintiff,<br><br>    v.<br><br>BREAKING GLASS PICTURES, LLC, RICHARD A. WOLFF,<br>and DOES 1-10, inclusive.<br><br>      Defendants. | Case No. CV12-10865-DMG (JEMx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [24]** |

1  Pursuant to the parties' stipulation and good cause appearing therefor, IT IS
2  HEREBY ORDERED that the above-entitled action is dismissed, <u>with prejudice</u>,
3  with each side to bear its own costs and attorneys' fees.  The Court shall retain
4  jurisdiction over this action for purposes of enforcing the parties' Settlement
5  Agreement.

7  IT IS SO ORDERED.

Dated:   August 2, 2013

*(signature)*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE